FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 6 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:18CR 00172 JM |
| | ) | |
| ANDREW SCHERELL | ) | 18 U.S.C. § 2422(b) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about September 27, 2017, through on or about September 29, 2017, in the Eastern District of Arkansas, the defendant,

ANDREW SCHERELL,

using facilities and means of interstate commerce, that is a telephone, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Assault in the Fourth Degree, in violation of Ark. Code Ann. § 5-14-127.

All in violation of Title 18, United States Code, Section 2422(b).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]