**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  **NO. 4:18-CR-00172-01 JM**

**ANDREW SCHERELL**

### ORDER TO LODGE DETAINER

The Defendant appeared with counsel on March 22, 2018 for plea and arraignment. The Defendant waived his rights to a detention hearing at this time and agreed to be detained. He reserves the right to request a detention hearing in the future should he so choose.

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of Defendant Andrew Scherell for bond/detention following posting bond or otherwise arranging terms of release from the custody of the state, county or local custodial authority (the "custodial authority").

IT IS THEREFORE ORDERED that the U.S. Marshal file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS FURTHER ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of and transport the above named Defendant to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 23rd day of March, 2018.

                                                      _____
                                                      PATRICIA S. HARRIS
                                                      UNITED STATES MAGISTRATE JUDGE