# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 29 2018

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

United States of America

v.

Andrew Scherell

*Defendant*

Case No.: 4:18CR00172-01 JM

1809-0309-0695-J

2018 MAR -8 AM 11:34
U.S. Marshals
Eastern Arkansas
Received

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Andrew Scherell**
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **Attempted Enticement of a Minor, as further explained in the attached documents.**

Date: March 8, 2018

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 03/08/18, and the person was arrested on *(date)* 03/22/18
at *(city and state)* Conway, AR

Date: 03/28/18

Brent Troyer by K. Korbenne
*Arresting officer's signature*

Brent Troyer, DUSM
*Printed name and title*