UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:18CR00172 JM |
| | ) | |
| | ) | |
| ANDREW SCHERELL | ) | DEFENDANT |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Andrew Scherell, by and through his attorney, Latrece Gray, and for his Motion for Continuance, states:

1. This case is set for trial on Monday, April 23, 2018 at 9:15 a.m.;

2. Defense counsel has not received the discovery, and will need additional time to review this material with Mr. Scherell, pursue pretrial matters and if necessary prepare this case for trial;

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose;

4. Defense counsel has contacted the Assistant United States Attorney, Benecia Moore, and there is no opposition to Defendant's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

1

WHEREFORE, the Defendant, Andrew Scherell, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

Respectfully submitted,

JENNIFFER HORAN

FEDERAL DEFENDER

By: /s/Latrece Gray
Latrece Gray 93028
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 324-6113
E-mail: latrece_gray@fd.org

For: Andrew Scherell, Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2018, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Benecia Moore
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: benecia.moore@usdoj.gov

Andrew Scherell, Defendant

/s/Latrece Gray
Latrece Gray

2