USMS E/AR ORIGINAL
PLEASE RETURN

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 27 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                         NO. 4:18-CR-00172-01 JM

ANDREW SCHERELL

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the FAULKNER COUNTY DENTENTION CENTER and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of ANDREW SCHERELL Booking # 53351030 detained in the FAULKNER COUNTY DENTENTION CENTER, CONWAY, ARKANSAS in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 22, 2018 at 2:00 P.M., before the U.S. Magistrate Judge Patricia Harris, and after the proceedings have been concluded, that you return ANDREW SCHERELL to FAULKNER COUNTY DENTENTION CENTER under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 9 March 2018.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Andrew Scherell
FROM Faulkner    TO CCA
ON THIS 14th DAY OF Mar 2018.
DEPUTY SIGNATURE AND DISTRICT: R. Hus   E/AR

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) Andrew Scherell
FROM CCA    TO Faulkner
ON THIS 23rd DAY OF Mar 2018.
DEPUTY SIGNATURE AND DISTRICT: R. Hus   E/AR

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS _____ DAY OF _____.
DEPUTY SIGNATURE AND DISTRICT: