UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:18CR00172 JM |
| | ) | |
| | ) | |
| ANDREW SCHERELL | ) | DEFENDANT |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Andrew Scherell, by and through his attorney, Latrece Gray, and for his Motion for Continuance, states:

1. This case is set for trial on Monday, October 22, 2018, at 9:15 a.m.;

2. Defense counsel has received the discovery, and will need additional time to review this material with Mr. Scherell, pursue pretrial matters and if necessary prepare this case for trial;

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose;

4. Defense counsel has contacted the Assistant United States Attorney, Benecia Moore, and there is no opposition to Defendant's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Andrew Scherell, respectfully requests that this Court grant his Motion for Continuance and for all other just and appropriate relief.

Respectfully submitted,

JENNIFFER HORAN

FEDERAL DEFENDER

By:   /s/Latrece Gray
      Latrece Gray 93028
      Assistant Federal Defender
      The Victory Building, Suite 490
      1401 West Capitol Avenue
      Little Rock, AR 72201
      Telephone:  (501) 324-6113
      E-mail: latrece_gray@fd.org

For:  Andrew Scherell, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2018, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Benecia Moore
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: benecia.moore@usdoj.gov

Andrew Scherell, Defendant

/s/Latrece Gray
Latrece Gray