**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**   Case No.: 4:18–cr–00172–JM | |
| **Andrew Scherell**
(Other Custody) | **Defendant** |

## NOTICE OF HEARING

PLEASE take notice that a Change of Plea Hearing has been set in this case for March 5, 2019, at 01:30 PM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** February 8, 2019              AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        **By:**  Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas