# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                                NO.   4:18-CR-00172-JM

ANDREW SCHERELL

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the FAULKNER COUNTY SHERIFF'S OFFICE and TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of ANDREW SCHERELL #53351030 detained in the FAULKNER COUNTY SHERIFF'S OFFICE, Conway, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on March 5, 2019 at 1:30 P.M., before the Honorable Jay Moody, and after the proceedings have been concluded, that you return ANDREW SCHERELL to FAULKNER COUNTY SHERIFF'S OFFICE under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 26 February 2019.

_____
UNITED STATES MAGISTRATE JUDGE