MEMORANDUM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 1 8 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

DATE: Apr. 18, 2019

TO: Criminal Docket Clerk

FROM: Diane Darbonne
U.S. Marshals Service

RE: Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

04/16/19         Deft. taken into U.S. Marshal Service custody on a detainer
(Date)    from Faulkner Co. Jail                          .

_____          Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)    Removal.

_____          Deft. taken into U.S. Marshal Service custody on a Return
(Date)    Psychiatric Study.

_____          Deft. returned to custody of _____
(Date)                                              (State)

_____          Deft. returned to custody of _____
(Date)                                              (Another District)

CASE NO. 4:18-CR-00172-01 JM

DEFENDANT'S NAME Scherell, Andrew