**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**
Counsel: Benecia Moore

v.   NO. 4:18-cr-00172-JM-1

**ANDREW SCHERELL**
Counsel: Latrece Gray

JUDGE: James M. Moody Jr.
REPORTER: Margie Kruse
CRD: Kacie Glenn
USPO: Kristi Rutland
DATE: August 15, 2019

**MINUTES - SENTENCING**

**TIME BEGAN**: 10:50am    **TIME ENDED**: 11:10am

(✓) Government's Motion to Award Third Point for Acceptance of Responsibility granted in open court
Other: _____

**IMPRISONMENT**: 120 MONTHS    BOP with following recommendations:
See J&C
_____

**SUPERVISED RELEASE**: Life years    **PROBATION**: n/a years

**SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION**

( ) Defendant must participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment and must abstain from the use of alcohol throughout the course of any treatment.
(✓) Defendant must cooperate in the collection of DNA as directed by the probation officer.
( ) Defendant must participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.
(✓) Defendant may not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
( ) Supervised release is to be administered by the district where the defendant is a legal resident.
( ) Defendant must disclose financial information to the U.S. Probation Office upon request and may not obtain any new lines of credit.
(✓) Other: See J&C

(✓) Defendant is remanded to custody of U.S. Marshal
( ) Defendant to surrender to designated institution/ U.S. Marshal by _____

Special assessment: $100
Fine: $0
Restitution: $0